Anna S. McCormack, OSB #023875
Warren Allen LLP
10535 NE Glisan St., Ste. 200
Portland, Oregon 97220
Telephone: (503) 255-8795
Fax: (503) 255-8836
mccormack@warrenallen.com
Attorney for Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re
Jonathan Louis Noa,

           Debtor

Case No. 24-62235-tmr13

OBJECTION TO CHAPTER 13 PLAN

Creditors Willakenzie OR, LLC dba Aspire Eugene and Avenue5 Residential LLC hereby object to confirmation of Debtor's Chapter 13 Plan dated 10/3/24 on the following basis:

**1. The Proposed Assumption of Lease Does Not Comply With 11 U.S.C. § 365(b)(1)(A).**

Debtor is a residential tenant at the real property commonly known as 2591 Willakenzie Road #1, Eugene, OR 97401 (the "premises"). Willakenzie OR, LLC dba Aspire Eugene owns said real property.   Avenue5 Residential LLC is the owner's property manager and agent for all matters related to the management of the premises. Under state law, said creditors are Debtor's landlords.

While Debtor's Plan indicates the intent to assume the residential lease for the premises, Debtor's treatment of the pre-petition arrearage in his Plan fails to satisfy the requirements of 11 U.S.C. § 365(b)(1)(A). Debtor proposes to pay off his pre-petition arrearage of $1,328.22 at $111.00 per month for twelve months—beginning November 2025, a year from now.  A 24-month repayment plan is not a "prompt" cure of the default, particularly given the fact that

**PAGE 1** – OBJECTION TO CHAPTER 13 PLAN DATED 10/3/24

Debtor's term lease expires on September 30, 2025, almost two months before Debtor's proposed first payment.

Based on the foregoing, Debtor's proposed assumption of the Lease should be rejected and the corresponding cure provision in the Plan should not be confirmed.

DATED November 26, 2024

WARREN ALLEN, LLP

/s/ Anna S. McCormack
Anna S. McCormack, OSB #023875
Attorney for Creditors

THE UNDERSIGNED hereby certifies that on November 26, 2024, I caused to be delivered by First Class Mail (unless indicated otherwise), a true and correct copy of the **Objection to Chapter 13 Plan,** properly addressed to each of the following:

| Naliko Markel | Keegan Rank | Jonathan Louis Noa |
|---|---|---|
| Chapter 13 Trustee | Attorney for Debtor | Debtor |
| 400 E. 2nd Ave., Ste 200 | 2701 12th St SE | Willakenzie Rd. #1 |
| Eugene, OR 97401 | Salem, OR 97302 | Eugene. OR 97401 |
| Via email | Via email | Via mail |

/s/ Anna S. McCormack
Anna S. McCormack, OSB #023875
Of Attorneys for Creditors

**PAGE 2** – OBJECTION TO CHAPTER 13 PLAN DATED 10/3/24